Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana
### Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 JUL 29 P 1:05

WILLIAM W. BLEVINS
CLERK

Case No. **19-11911**

(to be filled in by the Clerk's Office)

**SECT. E MAG. 4**

Dicey White

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City Of New Orleans,
University Medical Center (UMC),
Seaside Behavioral Health Center,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

LAE 057057

✓ Fee 400-
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dicey White |
| Address | 4545 MacArthur Blvd Apt #5 |
| | New Orleans, Louisiana 70131 |
| | *City    State    Zip Code* |
| County | Orleans |
| Telephone Number | (504)-920-9643 |
| E-Mail Address | |

　B. **The Defendant(s)**

　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Of New Orleans |
| Job or Title *(if known)* | |
| Address | 1300 Perdito St |
| | New Orleans, LA 70112 |
| | *City    State    Zip Code* |
| County | Orleans |
| Telephone Number | 504-658-4000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | University Medical Center |
| Job or Title *(if known)* | Emergency |
| Address | 2000 Canal St |
| | New Orleans, LA 70112 |
| | *City    State    Zip Code* |
| County | Orleans |
| Telephone Number | 504-702-3000 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)* _____

☐ Individual capacity  ☒ Official capacity

Defendant No. 3
    Name: Seaside Behavioral Center
    Job or Title *(if known)*: _____
    Address: 4201 Woodland Dr
    City: New Orleans  State: LA  Zip Code: 70131
    County: Orleans
    Telephone Number: 504-393-4223
    E-Mail Address *(if known)*: _____

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
    Name: _____
    Job or Title *(if known)*: _____
    Address: _____
    City: ____  State: ____  Zip Code: ____
    County: _____
    Telephone Number: _____
    E-Mail Address *(if known)*: _____

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil and Costitution rights

I) Two policemen accompanied by four plain clothed ladies kidnapped and handcuffed Plaintiff, then drove to an undisclosed location without showing a warrant or informing of a crime committed.

II) University Medical Center illegally took 7 vials of my blood samples without my consent.

III) Before the City wantonly demolished my home located on 412-414 Pacific Av, they confiscated all my papers i.e mortgage records, birth certificates, high school and College diplomas, photos passed on from generations back to my great grandfathers, Passports, and everything else I ever owned since the first day I started making a living.

IV) Forcefully uprooted me from my home and community and placed me in a mental instution under 24hr surveillance without explanation.

V) Forced me to take psychiatric medication such as Respiradol and other psychotic drugs without prior diagnosis or history of the condition.

VI) Rendered me homeless and pennyless for a period of 3 months (from August 1, 2018 to the beginning of October 2018) before I found an apartment.

VII) The City's actions caused me to be released back into the community homeless and possesionless, my social security income was now my only means of survival.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

An action done under color of law adjusts (colors) the law to the circumstances yet said apparent legal action contravenes the law as clearly stated by the all the seven grivances listed by the Plaintiff under (B) Section 1983.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

CITY OF NEW ORLEANS
The incident occurred at 412-414 Pacific Av in New orleans.

Two NOPD police officers and 4 plain cloth dressed ladies came to my door at around 8am and loudly knocked on the door claiming they were there to just talk to me and demanded I open the door. I complied and once I stepped outside the door the policeman put handcuffed me. When I demanded to know why they were violating my rights the officer said he had a warrant from a judge.
I asked if i were being arrested for something the answer was "NO". I was in distress and quite worried now but remaining calm. I asked where they were taking me and begged to lock my front door. One officer took my key from me and locked it for me after he had answered "We can't tell you that". The 2 police officers accompanied by the 4 plain cloth ladies took me to an undisclosed location which later turned out to the University Medical Center (UMC) all this time I was still in handcuffs.

AT UMC.
At UMC, they hauled me out of the car and put me in a wheelchair. A female technician took 7 vials of my blood, temperature and blood pressure all without asking me any questions or getting concent verbal or written; NOTE: I was still in handcuffs two hours later from the time they abducted me from my residence.
They removed the handcuffs and tranfered me to an ambulance which was waiting in the parking lot. In the ambulance they strapped my hands to a gurney and transported me to another undisclosed location. This caused me to be further stressed and anxious.

AT SEASIDE MENTAL FACILITY.
After we left UMC, Seaside mental facility was the other undisclosed location they transported me to.
At seaside I exercised my rights to refuse medications in writing, because I had no prior history of taking those medications and no such symptoms that required the medications they prescribed. The staff later informed me that I had no choice but to take the medication, if I had any hopes of ever being released. They also told me that I wasn't the only one taking those psychotic medications but everyone admitted to that facility had to take their meds. They told me they would hold me indefinitely if I did not take the medication they offered me.
They refused/prevented me from attaining an attorney per state posted notice.
They also threatened to force medication for non compliance.
They changed my completed and signed forms at the nurses station (not realizing I was watching them do it) so i called their unlawful act to their attention while they were doing it.
They started tightly monitoring my phone calls after the above happened, even by physically standing over my shoulder as I contacted and spoke with family members to inform them of my situation.
They persisted to force medication on me by threatening me with the horrors of what happens in the long room at the front entrance to the sleeping quarters, where they tie down "patients" that don't take their meds. (The "torture" chamber).
They arbitrarily moved my sleeping quarters to the room adjacent to the torture chamber.
They (many of the staff members that manned the desk and other support activities) paraded one at a time throughout the night (about 20 times in all) peeking at me, but I never responded. I only observed them continually as they appeared and retreated from my bedroom door. One of them made a shooting gesture before retreating. I never responded, only stared at them and kept my face expressionless.
The Following morning, the guy who made a shooting gesture opened the door to the meeting room laughing and yelling over to me " I know why someone is so tired this morning ...they didn't get any sleep last night". As we inpatients were waiting for our daily routines to begin, the instructor closed the door on him.
This harrowing experience continued for a period lasting 2 weeks.....I had no freedom of movement, free speech and I was always afraid that my life was in imminent danger since this was a classic case of misdiagnosis and I never at any time during my duration of being held against my will at this God forsaken facility did I soundly (continuosly) sleep for more than 3 hours at a time.

I was still in captivity after they released me from the Seaside to their secured Taxi cab and delivered to

the Salvation army dormitory located on Clairborne Av where I was to be met by Ms Scott from Unity, but no one came over and I was there completely homeless, broke and possesionless without any documentation i.e Identification, bank cards, social security card, birth cerificate, Passports etc...
I suddenly realized I was still under the grips of those who had and continued to violate my life and yearning to regain my life as I had known it before this happened. I was penniless and still wearing the same pair of pants and T-shirt as when they first abducted me 2 weeks earlier.

I had been working plans to regain my life through Travellers Aid since I entered the Salvation Army dormitory. After 2 months of being homeless I found a convenient apartment and planned my departure. Prior to this I had been fully supporting myself. Now my life has been literally turned upside down and now I am severly traumatized to this very day.

Cost of living expenses has sky rocketed to barely being manageable, but I finally got part of my retirement pension after a gruelling wait of over 6 months of being dispossesed of my documentation, and all my records which I had to reapply for from scratch from all applicable government agencies.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Abduction; The Stated abduction took place on July 27, 2018 at around 9am.

SeaSide Mental Facility; from July 27, 2018 to August 9, 2018.

Homeless from August 9, 2018 to October 1, 2018.My

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My immediate family and few of my friends came to visit me at the Seaside Mental facility. I also managed to secure my medical records after this ordeal from University Medical Center (UMC) which generated 27 pages of analysis based on hearsay and propaganda. The documents will be made available to the court as a matter of public record.
I personally went to Seaside facility with one of my friends (Christie) to request my records but I did not manage to get them since they told me they were over 300 pages and they will need time to process them after a I pay a non refundable fee of $150. I also have prescription papers from Seaside. Homeless letter from Salvation Army.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I solemnly swear that I did NOT consent to any of the fraudulent tests and analysis that took place at UMC. Seaside Mental Facility admitted me where they further violated my rights by forcing medication on me after I had exercised my right to refuse medication. They denied my request to contact a lawyer as per state law posted on their walls. I was under 24hr surveillanceat all times never leaving the floor. They deprived me of sleep and personal comfort by harrasing activities when they intruded into my sleeping quarters throughout the night (upto 20 times in a night)

After 14 days when they could not find a definite mental diagnosis, they still under bondage used their private taxi service and dumped me at the entrance of the Salvation Army homeless and pennyless. I subsequently was admitted to the Salvation Army where I was required to check in at 4pm and vacate the facility at 6am carrying around any belongings I had with me or was to acquire for the duration of stay at the Salvation army homeless shelter.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Compensation for my losses resulting from the loss of my historic home demolished on July 30, 2018 in the amount of $350,000

2) Emotional distress (to the limits permitted by Law)

3) Loss of personal and movable property and all movables stored inside and outside my home, all purchased over my entire adult lifetime amounting to roughly $400,000 in destruction.

4) I Demand that any and all employees of the afore mentioned instutions that had a hand in this organized scandalous activities be held wholly accountable for their unprofession and mediocrity that lead to my abduction, misdiagnosis and eventual loss of my personal property and well being. To this day I am still traumatized and haunted by my experience in hell on earth.

5) The afore mentioned instutions MUST be regulated according to the applicable Local, State and Federal bodies or vulnerable citizens like myself will be left to suffer irreparable lifelong harm.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 July, 2019

Signature of Plaintiff
Printed Name of Plaintiff  Dicey White

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address